RAMIRO MORALES, # 007101
rmorales@mfrlegal.com
MORALES FIERRO & REEVES
600 Tonopah Drive, Suite 300
Las Vegas, NV  89106
Telephone:  (702) 699-7822
Facsimile:  (702) 699-9455

Attorneys for Defendant ST. PAUL FIRE
AND MARINE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership,<br><br>        Plaintiff,<br><br>vs.<br><br>NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York corporation; EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; FEDERAL INSURANCE COMPANY, an Indiana corporation; and UNDERWRITERS AT LLOYDS LONDON, an England corporation; ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation,<br><br>        Defendants. | CASE NO.:  2:16-cv-01958 JAD-VCF<br><br>STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT<br><br>(First Request) |

Defendant St. Paul Fire and Marine Insurance Company ("St. Paul"), by and through its counsel of record, Ramiro Morales, of the Law Offices of Morales Fierro & Reeves, and Plaintiff Centex Homes, by and through its counsel of record, Sarah J. Odia, of Payne & Fears LLP, hereby stipulate and agree to extend the deadline for St. Paul's filing of a response to Plaintiff's complaint by 30 days, from November 30, 2016, to December 30, 2016.  There is an early mediation set for this matter on December 14, 2016.  The parties

have agreed to this extension of time in order to allow the parties the opportunity to fully investigate informal resolution prior to incurring the cost and expense of further litigation, as well as the expenditure of additional judicial resources.

This is the first stipulation for the extension of St. Paul's time to respond to Plaintiff's complaint.

DATED:  November 28, 2016        MORALES FIERRO & REEVES


By   */s/ Ramiro Morales*
    Ramiro Morales, Esq.
    600 South Tonopah Drive, Suite 300
    Las Vegas, NV  89106
    Telephone:  (702) 699-7822

Attorneys for Defendant ST. PAUL FIRE
AND MARINE INSURANCE COMPANY


DATED:  November 28, 2016        PAYNE & FEARS LLP


By:   */s/ Sarah J. Odia*
    Scott S. Thomas, Esq.
    Sarah J. Odia, Esq.
    7251 W. Lake Mead Blvd., Suite 525
    Las Vegas, NV 89128
    Telephone: (702) 851-0300

Attorneys for Plaintiff CENTEX HOMES


## [PROPOSED] ORDER

IT IS SO ORDERED:  Defendant St. Paul Fire and Marine Insurance Company's response to Plaintiff's Complaint is due on or before December 30, 2016.

Dated:  November 29, 2016

_____
UNITED STATES ~~DISTRICT~~ COURT JUDGE
        MAGISTRATE

2

STIPULATION AND ORDER                         CASE NO: 2:16-cv-01958 JAD-VCF