THEODORE J. KURTZ
NEVADA BAR NO. 1344
SELMAN BREITMAN LLP
3993 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169-0961
Telephone:   702.228.7717
Facsimile:   702.228.8824
Email:       tkurtz@selmanlaw.com

Attorneys for Defendant EVEREST
NATIONAL INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership,<br><br>  Plaintiff,<br><br>v.<br><br>NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York corporation; EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; FEDERAL INSURANCE COMPANY, an Indiana corporation; UNDERWRITERS AT LLOYDS LONDON, an England corporation; and ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation,<br><br>  Defendants. | Case No. 2:16-cv-01958-JAD-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT EVEREST NATIONAL INSURANCE COMPANY TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**(SECOND REQUEST)** |

Defendant Everest National Insurance Company (hereinafter "Everest"), by and through its counsel Theodore J. Kurtz of Selman Breitman LLP and plaintiff Centex Homes (hereinafter "plaintiff"), by and through its counsel Sarah J. Odia of Payne & Fears LLP, hereby stipulate and agree to extend the deadline for Everest to file a responsive pleading to the plaintiff's complaint until January 20, 2017.  Everest was served with the complaint through the Nevada Insurance

Commissioner's office on November 9, 2016. Pursuant to stipulation between counsel which was approved by this court, Everest was granted an extension of time to January 9, 2017 to file its response to the complaint based on a mediation scheduled for December 14, 2016.

Pursuant to Local Rule 6-1, this is the second request to the Court for an extension of Everest's deadline to respond to the complaint. The extension is submitted consistent with an agreement between counsel to extend Everest's deadline to file its responsive pleading to the complaint until January 20, 2017. The agreement is due to the continuing efforts of the parties and counsel to resolve this dispute by negotiation subsequent to the December 14, 2016 mediation.

DATED: January 6, 2017        PAYNE & FEARS LLP

By:    /s/ Sarah J. Odia
       SARAH J. ODIA
       NEVADA BAR NO. 11053
       7251 W. Lake Mead Blvd., #525
       Las Vegas, NV 89128
       Phone: 702.851.0300
       Facsimile: 702.851.0315
       Attorneys for Plaintiff CENTEX HOMES

DATED: January 6, 2017        SELMAN BREITMAN LLP

By:    /s/ Theodore J. Kurtz
       THEODORE J. KURTZ
       NEVADA BAR NO. 1344
       3993 Howard Hughes Parkway, #200
       Las Vegas, NV 89169-0961
       Phone: 702.228.7717
       Facsimile: 702.228.8824
       Attorneys for Defendant EVEREST NATIONAL INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED, defendant Everest National Insurance Company's response to plaintiff's complaint is due on or before January 20, 2017.

Dated: 1-6-2017

_____
UNITED STATES MAGISTRATE JUDGE

2

98490.1 1062.41262