RAMIRO MORALES, # 007101
rmorales@mfrlegal.com
MORALES FIERRO & REEVES
600 Tonopah Drive, Suite 300
Las Vegas, NV  89106
Telephone:  (702) 699-7822
Facsimile:  (702) 699-9455

Attorneys for Defendant and Cross-defendant
ST. PAUL FIRE AND MARINE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership,<br><br>Plaintiff,<br><br>vs.<br><br>NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York corporation; EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; FEDERAL INSURANCE COMPANY, an Indiana corporation; and UNDERWRITERS AT LLOYDS LONDON, an England corporation; ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation,<br><br>Defendants. | CASE NO.:  2:16-cv-01958-JAD-VCF<br><br>STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO EVEREST NATIONAL INSURANCE COMPANY'S CROSS-CLAIM<br><br>(First Request) |

Defendant and Cross-defendant St. Paul Fire and Marine Insurance Company ("St. Paul"), by and through its counsel of record, Ramiro Morales, of the Law Offices of Morales Fierro & Reeves, and Defendant, Counterclaimant and Cross-claimant Everest National Insurance Company ("Everest"), by and through its counsel of record, Theodore J. Kurtz, of Selman Breitman LLP, hereby stipulate to extend the deadline for St. Paul's filing of a response to Everest's Cross-claim.  Currently pending before the Court is

St. Paul's Motion to Dismiss Plaintiff Centex's complaint for lack of subject matter jurisdiction. In light of St. Paul's pending Motion to Dismiss, Everest and St. Paul hereby stipulate and agree that St. Paul's time to respond to Everest's complaint shall be extended such that St. Paul's response to Everest's cross-claim will be due 14 days from the date of entry of the Court's order ruling on St. Paul's Motion to Dismiss.

This is the first stipulation for the extension of Federal's time to respond to Everest's Cross-claim.

DATED:  January 30, 2017                    MORALES FIERRO & REEVES

By     */s/ Ramiro Morales*
     Ramiro Morales (NV Bar No. 7101)
     600 South Tonopah Drive, Suite 300
     Las Vegas, NV  89106
     Telephone:  (702) 699-7822

Attorneys for Defendant and Cross-defendant
ST. PAUL FIRE AND MARINE INSURANCE COMPANY

DATED:  January 30, 2017                    SELMAN BREITMAN LLP

By:     */s/ Theodore J. Kurtz*
     Theodore J. Kurtz (NV Bar No. 1344)
     3993 Howard Hughes Parkway, Suite 200
     Las Vegas, NV 89169
     Telephone: (702) 430-5902

Attorneys for Defendant, Counterclaimant and Cross-claimant EVEREST NATIONAL INSURANCE COMPANY

## [PROPOSED] ORDER

IT IS SO ORDERED:  Defendant and Cross-defendant St. Paul Fire and Marine Insurance Company's response to Everest National Insurance Company's Cross-claim is due 14 days after entry of the Court's order ruling on St. Paul's pending Motion to Dismiss Plaintiff Centex's complaint for lack of subject matter jurisdiction.

Dated:  1-31-2017

_____
UNITED STATES MAGISTRATE JUDGE