RAMIRO MORALES, # 007101
rmorales@mfrlegal.com
MORALES FIERRO & REEVES
600 Tonopah Drive, Suite 300
Las Vegas, NV  89106
Telephone:  (702) 699-7822
Facsimile:  (702) 699-9455

Attorneys for Defendant and Cross-defendant
FEDERAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership,<br><br>             Plaintiff,<br><br>   vs.<br><br>NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York corporation; EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; FEDERAL INSURANCE COMPANY, an Indiana corporation; and UNDERWRITERS AT LLOYDS LONDON, an England corporation; ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation,<br><br>             Defendants. | CASE NO.:  2:16-cv-01958-JAD-VCF<br><br>STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO EVEREST NATIONAL INSURANCE COMPANY'S CROSS-CLAIM<br><br>(First Request) |

   Defendant Federal Insurance Company ("Federal"), by and through its counsel of record, Ramiro Morales, of the Law Offices of Morales Fierro & Reeves, and Defendant, Counterclaimant and Cross-claimant Everest National Insurance Company ("Everest"), by and through its counsel of record, Theodore J. Kurtz, of Selman Breitman LLP, hereby stipulate to extend the deadline for Federal's filing of a response to Everest's Cross-claim.  Co-defendant St. Paul Fire and Marine Insurance Company currently has pending before the Court a Motion to Dismiss Plaintiff Centex's complaint for lack of subject matter jurisdiction.

Federal joined in St. Paul's Motion to Dismiss.  In light of St. Paul's pending Motion to Dismiss, and Federal's Joinder to that Motion to Dismiss, Everest and Federal hereby stipulate and agree that Federal's time to respond to Everest's complaint shall be extended such that Federal's response to Everest's cross-claim will be due 14 days from the date of entry of the Court's order ruling on St. Paul's Motion to Dismiss, and Federal's Joinder to the Motion to Dismiss.

This is the first stipulation for the extension of Federal's time to respond to Everest's Cross-claim.

DATED:  January 30, 2017     MORALES FIERRO & REEVES

By   */s/ Ramiro Morales*
    Ramiro Morales (NV Bar No. 7101)
    600 South Tonopah Drive, Suite 300
    Las Vegas, NV  89106
    Telephone:  (702) 699-7822

Attorneys for Defendant and Cross-defendant
FEDERAL INSURANCE COMPANY

DATED:  January 30, 2017     SELMAN BREITMAN LLP

By:   */s/ Theodore J. Kurtz*
    Theodore J. Kurtz (NV Bar No. 1344)
    3993 Howard Hughes Parkway, Suite 200
    Las Vegas, NV 89169
    Telephone: (702) 430-5902

Attorneys for Defendant, Counterclaimant and Cross-claimant EVEREST NATIONAL INSURANCE COMPANY

**[PROPOSED] ORDER**

IT IS SO ORDERED:  Defendant and Cross-defendant Federal Insurance Company's response to Everest National Insurance Company's Cross-claim is due 14 days after entry of the Court's order ruling on St. Paul's pending Motion to Dismiss Plaintiff Centex's complaint for lack of subject matter jurisdiction, and Federal's Joinder to St. Paul's Motion to Dismiss.

Dated:  2-3-2017   _____
UNITED STATES MAGISTRATE JUDGE