Scott S. Thomas, NV Bar No. 7937
sst@paynefears.com
Sarah J. Odia, NV Bar No. 11053
sjo@paynefears.com
PAYNE & FEARS LLP
7251 W. Lake Mead Blvd., Suite 525
Las Vegas, Nevada 89128
Telephone: (702) 851-0300
Facsimile: (702) 851-0315

Attorneys for CENTEX HOMES

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership,<br><br>Plaintiff,<br><br>v.<br><br>NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York corporation; EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; FEDERAL INSURANCE COMPANY, an Indiana corporation; and UNDERWRITERS AT LLOYDS LONDON, an England corporation; ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation,<br><br>Defendants. | Case No.: 2:16-cv-01958-JAD-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO EVEREST NATIONAL INSURANCE COMPANY'S COUNTERCLAIM (ECF 51)**<br><br>**[FIRST REQUEST]** |

Counter-defendant Centex Homes ("Centex") and Counter-claimant Everest National Insurance Company ("Everest"), by and through their respective counsel of record, hereby stipulate to extend the deadline for Centex to file a responsive pleading to Everest's counterclaim (ECF 51).

Centex and Everest hereby stipulate and agree that Centex's time to respond to Everest's

counterclaim shall be extended by 30 days, from February 9, 2017 to March 10, 2017.

This is the first stipulation for the extension of Centex's time to respond to Everest's Counterclaim.

DATED: February 7, 2017        PAYNE & FEARS LLP

By        */s/ Sarah J. Odia*
SCOTT S. THOMAS, NV Bar No. 7937
SARAH J. ODIA, NV Bar No. 11053
7251 W. Lake Mead Blvd., Suite 525
Las Vegas, Nevada 89128
Tel. (702) 851-0300

Attorneys for CENTEX HOMES

DATED: February 7, 2017        SELMAN BREITMAN LLP

By        */s/ Theodore J. Kurtz*
THEODORE J. KURTZ, NV Bar No. 1344
3993 Howard Hughes Parkway, Ste. 200
Las Vegas, NV 89169
Tel. (702) 228-7717

Attorneys for EVEREST NATIONAL INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED.

_____
United States Magistrate Judge
Cam Ferenbach

Dated this 7th day of February, 2017.

4832-0075-7314.1