| | |
|---|---|
| 1 | ROPERS, MAJESKI, KOHN & BENTLEY |
| | STEPHEN J. ERIGERO |
| 2 | Nevada Bar. No. 11562 |
| | TIMOTHY J. LEPORE |
| 3 | Nevada Bar No. 13908 |
| | 3753 Howard Hughes Pkwy., Suite 200 |
| 4 | Las Vegas, Nevada 89169 |
| | Telephone:   (702) 954-8300 |
| 5 | Facsimile:   (213) 312-2001 |
| | Email:       stephen.erigero@rmkb.com |
| 6 |              timothy.lepore@rmkb.com |
| 7 | Attorneys for Defendant |
| | CERTAIN UNDERWRITERS AT LLOYD'S, |
| 8 | LONDON |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| 12 | | |
| 13 | CENTEX HOMES, a Nevada general partnership, | Case No.: 2:16-cv-01958-JAD-VCF |
| 14 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO EVEREST NATIONAL INSURANCE COMPANY'S CROSS-COMPLAINT** |
| 15 | v. | |
| 16 | NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York corporation; EVERNEST NATIONAL INSURANCE COMPANY, a Delaware corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; FEDERAL INSURANCE COMPANY; an Indiana corporation, and UNDERWRITERS AT LLYODS LONDON, an England corporation; ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation, | [FIRST REQUEST] |
| 24 | Defendants. | |
| 25 | EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation, | |
| 26 | Counterclaimant, | |
| 27 | v. | |
| 28 | CENTEX HOMES, a Nevada general | |

4834-1565-5234.1

| | |
|---|---|
| 1 | partnership, |
| 2 | Counterdefendant. |
| 3 | EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation, |
| 4 | |
| 5 | Cross-Claimant, |
| 6 | v. |
| 7 | NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; FEDERAL INSURANCE COMPANY, an Indiana corporation; UNDERWRITERS AT LLOYDS LONDON, an England corporation; and ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation |
| 14 | |
| 15 | Cross-Defendants. |

Defendant and Cross-Defendant Certain Underwriters at Lloyd's, London's ("Underwriters"), by and through its counsel of record, Timothy J. Lepore of Ropers Majeski Kohn & Bentley, and Defendant, Counterclaimant, and Cross-Claimant Everest National Insurance Company ("Everest"), by and through its counsel of record, Theodore J. Kurtz of Selman Breitman LLP, hereby stipulate to extend the deadline for Underwriters to file a response to Everest's Cross-Complaint. This is Underwriters first stipulation for an extension of time to file a response to Everest's Cross-Complaint, which is currently due on February 9, 2017.

//

//

//

4834-1565-5234.1              - 2 -

The basis for this stipulation is that pending before this Court is Co-Defendant St. Paul Fire and Marine Insurance Company's Motion to Dismiss Plaintiff Centex Homes' Complaint for lack of subject matter jurisdiction, which affects all parties to this action. Because of St. Paul's pending Motion to Dismiss, Everest and Underwriters hereby stipulate and agree that Underwriters last day to respond to Everest's Cross-Complaint is 14 days from the date this Court enters its order on St. Paul's Motion to Dismiss.

Dated: this 8th day of February, 2017

ROPERS, MAJESKI, KOHN & BENTLEY

By: */s/ Timothy J. Lepore*
STEPHEN J. ERIGERO
Nevada Bar No. 11562
TIMOTHY J. LEPORE
Nevada Bar No. 13908
3753 Howard Hughes Pkwy., Suite 200
Las Vegas, Nevada 89169
Attorneys for Defendant
CERTAIN UNDERWRITERS AT LLOYDS LONDON

Dated: this 8th day of February, 2017

SELMAN BREITMAN LLP

By: */s/ Theodore J. Kurtz*
Theodore J. Kurtz
Nevada Bar No. 1344
3993 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
Telephone: (702) 430-5902
Attorneys for Defendant, Counterclaimant and Cross-claimant
EVEREST NATIONAL INSURANCE COMPANY

A status check in this matter is set for **10:00 a.m. on August 9, 2017** in Courtroom 3D

**IT IS SO ORDERED.**

_____

UNITED STATES ~~DISTRICT~~ COURT JUDGE
MAGISTRATE

DATED: February 9, 2017