Scott S. Thomas, NV Bar No. 7937
sst@paynefears.com
Sarah J. Odia, NV Bar No. 11053
sjo@paynefears.com
PAYNE & FEARS LLP
7251 W. Lake Mead Blvd., Suite 525
Las Vegas, Nevada 89128
Telephone: (702) 851-0300
Facsimile: (702) 851-0315

Attorneys for CENTEX HOMES

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership,<br><br>Plaintiff,<br><br>v.<br><br>NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York corporation; EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; FEDERAL INSURANCE COMPANY, an Indiana corporation; and UNDERWRITERS AT LLOYDS LONDON, an England corporation; ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation,<br><br>Defendants. | Case No.: 2:16-cv-01958-JAD-VCF<br><br>**STIPULATION AND ORDER RE BRIEFING SCHEDULE ON LEXINGTON INSURANCE COMPANY'S MOTION TO DISMISS (ECF 65)**<br><br>[FIRST REQUEST] |

Plaintiff Centex Homes ("Centex") and defendant Lexington Insurance Company ("Lexington"), by and through their respective counsel of record, hereby stipulate to extend the deadline for Centex to file a responsive pleading, and for Lexington to file a reply brief to Lexington's motion to dismiss (ECF 65). The parties request the stipulation because the travel schedules of the drafting and reviewing attorneys conflict with the current deadlines and do not

allow the parties' attorneys adequate time to prepare the briefs.

Centex and Lexington hereby stipulate and agree that Centex's time to respond to Lexington's motion to dismiss shall be extended by 7 days, from February 24, 2017 to March 3, 2017. Additionally, the parties hereby stipulate that Lexington's reply brief shall be due on March 14, 2017.

This is the first stipulation for the extension by both parties to respond and reply to Lexington's motion to dismiss.

DATED: February 23, 2017         PAYNE & FEARS LLP

By      */s/ Sarah J. Odia*
SCOTT S. THOMAS, NV Bar No. 7937
SARAH J. ODIA, NV Bar No. 11053
7251 W. Lake Mead Blvd., Suite 525
Las Vegas, Nevada 89128
Tel. (702) 851-0300

Attorneys for CENTEX HOMES

DATED: February 23, 2017         HEROLD & SAGER

By      */s/ Joshua A. Zlotlow*
JOSHUA A. ZLOTLOW, NV Bar No. 11333
3960 Howard Hughes Parkway, Ste. 500
Las Vegas, NV 89169
Tel. (702) 990-3624

Attorneys for LEXINGTON INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: February 23, 2017.

4821-8392-5571.1