THEODORE J. KURTZ
NEVADA BAR NO. 1344
SELMAN BREITMAN LLP
3993 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169-0961
Telephone:    702.228.7717
Facsimile:    702.228.8824
Email:        tkurtz@selmanlaw.com

Attorneys for Defendant EVEREST
NATIONAL INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership,<br><br>        Plaintiff,<br><br>    v.<br><br>NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York corporation; EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; FEDERAL INSURANCE COMPANY, an Indiana corporation; UNDERWRITERS AT LLOYDS LONDON, an England corporation; and ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation,<br><br>        Defendants. | Case No.  2:16-cv-01958-JAD-VCF<br><br>**STIPULATION AND ORDER EXTENDING THE TIME FOR DEFENDANT EVEREST NATIONAL INSURANCE COMPANY TO FILE ITS RESPONSE TO LEXINGTON'S MOTION TO DISMISS EVEREST'S CROSS-CLAIM AND FOR DEFENDAND LEXINGTON TO FILE ITS REPLY**<br><br>**(FIRST REQUEST)** |

Presently pending before this court is the motion (ECF #61) filed on February 9, 2017 on behalf of defendant Lexington Insurance Company (hereinafter "Lexington") to dismiss the cross-claim (ECF #51) of Everest National Insurance Company (hereinafter "Everest"). Currently Everest's response to Lexington's motion is due by February 27, 2017.

Counsel for Lexington and counsel for Everest have agreed that the time for Everest to

1

respond to Lexington's motion be extended until March 3, 2017 and Lexington's time to reply to said response be extended until March 15, 2017.

It is requested that the court grant the extension of time until March 3, 2017 for Everest to file its response to Lexington's motion and grant the extension of time until March 15, 2017 for Lexington to file its reply to Everest's response.

The reason for this extension of time is to allow adequate time to prepare the response and reply briefs because of the pre-planned vacation of counsel for Everest during the President's Day holiday and the temporary absence of personnel assisting counsel for Lexington in this matter.

DATED: February 23, 2017          HEROLD & SAGER

By:   /s/ Joshua A. Zlotlow
      JOSHUA A. ZLOTLOW
      NEVADA BAR NO. 11333
      3960 Howard Hughes Parkway., #500
      Las Vegas, NV 89169
      Phone: 702.990.3624
      Facsimile: 702.990.3835
      Attorneys for Defendant LEXINGTON
      INSURANCE COMPANY

DATED: February 23, 2017          SELMAN BREITMAN LLP

By:   /s/ Theodore J. Kurtz
      THEODORE J. KURTZ
      NEVADA BAR NO. 1344
      3993 Howard Hughes Parkway, #200
      Las Vegas, NV 89169-0961
      Phone: 702.228.7717
      Facsimile: 702.228.8824
      Attorneys for Defendant EVEREST NATIONAL
      INSURANCE COMPANY

### ORDER

IT IS SO ORDERED, defendant Everest National Insurance Company's response to Lexington Insurance Company's motion to dismiss its cross-claim is due on or before March 3, 2017, and Lexington's reply to said response is due on or before March 15, 2017.

Dated: 2/23/2017

_____
UNITED STATES DISTRICT COURT JUDGE