THEODORE J. KURTZ
NEVADA BAR NO. 1344
SELMAN BREITMAN LLP
3993 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169-0961
Telephone:   702.228.7717
Facsimile:   702.228.8824
Email:       tkurtz@selmanlaw.com

Attorneys for Defendant EVEREST
NATIONAL INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership,<br><br>            Plaintiff,<br><br>v.<br><br>NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York corporation; EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; FEDERAL INSURANCE COMPANY, an Indiana corporation; UNDERWRITERS AT LLOYDS LONDON, an England corporation; and ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation,<br><br>            Defendants. | Case No.  2:16-cv-01958-JAD-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF EVEREST'S CROSS-CLAIM AGAINST LEXINGTON**<br><br>ECF NO. 61, 74 |

IT IS HEREBY STIPULATED AND AGREED, by and between attorney Joshua Zlotlow of Herold & Sager, counsel for defendant/cross-defendant Lexington Insurance Company, and Theodore J. Kurtz of Selman Breitman LLP, counsel for defendant/cross-claimant Everest National Insurance Company, that the cross-claim of Everest against Lexington be dismissed

1

without prejudice, with each party to pay their own attorneys' fees and costs.

DATED: March 1, 2017                     HEROLD & SAGER

                                         By: /s/ Joshua A. Zlotlow
                                         JOSHUA A. ZLOTLOW
                                         NEVADA BAR NO. 11333
                                         3960 Howard Hughes Parkway., #500
                                         Las Vegas, NV 89169
                                         Phone: 702.990.3624
                                         Facsimile: 702.990.3835
                                         Attorneys for Defendant LEXINGTON
                                         INSURANCE COMPANY

DATED: March 1, 2017                     SELMAN BREITMAN LLP

                                         By: /s/ Theodore J. Kurtz
                                         THEODORE J. KURTZ
                                         NEVADA BAR NO. 1344
                                         3993 Howard Hughes Parkway, #200
                                         Las Vegas, NV 89169-0961
                                         Phone: 702.228.7717
                                         Facsimile: 702.228.8824
                                         Attorneys for Defendant EVEREST NATIONAL
                                         INSURANCE COMPANY

## ORDER

Local Rule 7-1(c) states that "A stipulation that has been signed by fewer than all the parties or their attorneys will be treated—and must be filed—as a joint motion." This stipulation [ECF No.74] is between defendant/cross-defendant Lexington Insurance Company and defendant/cross-claimant Everest National Insurance Company. Accordingly, I treat it as a joint motion under LR 7-1(c), find good cause, and **GRANT it [ECF No. 74]**.

IT IS THEREFORE ORDERED that Everest's cross-claim against Lexington is DISMISSED with prejudice, each party to bear its own fees and costs, and Lexington's Motion to Dismiss the Cross-claim **[ECF No. 61] is DENIED** as moot.

_____
Jennifer Dorsey
U.S. District Judge   3-1-17