Scott S. Thomas, NV Bar No. 7937
sst@paynefears.com
Sarah J. Odia, NV Bar No. 11053
sjo@paynefears.com
PAYNE & FEARS LLP
6385 S. Rainbow Blvd, Suite 220
Las Vegas, NV 89118
Telephone: (702) 851-0300
Facsimile: (702) 851-0315

Attorneys for CENTEX HOMES

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership,<br><br>Plaintiff,<br><br>v.<br><br>NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York corporation; EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; FEDERAL INSURANCE COMPANY, an Indiana corporation; and UNDERWRITERS AT LLOYDS LONDON, an England corporation; ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation,<br><br>Defendants. | Case No.: 2:16-cv-01958-JAD-VCF<br><br>**STIPULATION AND ORDER TO DISMISS NAVIGATORS SPECIALTY INSURANCE COMPANY**<br><br>ECF No. 83 |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, CENTEX HOMES ("Centex") and Defendant NAVIGATORS SPECIALTY INSURANCE COMPANY ("Navigators") by and through their respective counsel of record, to dismiss **with prejudice**, Centex's operative complaint against Navigators, and each and every cause of action or claim for damage therein, with each party to bear its own fees and costs.

PAYNE & FEARS LLP
ATTORNEYS AT LAW
6385 S. RAINBOW BLVD, SUITE 220
LAS VEGAS, NEVADA 89118
(702) 851-0300

DATED this 15th day of May, 2017.

GORDON & REES LLP

By: */s/ Robert Schumacher*
    Robert Schumacher, NV Bar No. 7504
    300 S. Fourth Street, Suite 1550
    Las Vegas, Nevada 89101

Attorneys for Defendant NAVIGATORS SPECIALTY INSURANCE COMPANY

DATED this 15th day of May, 2017.

PAYNE & FEARS LLP

By: */s/ Sarah J. Odia*
    Scott S. Thomas, NV Bar No. 7937
    Sarah J. Odia, NV Bar No. 11053
    6385 S. Rainbow Blvd., Suite 220
    Las Vegas, Nevada 89118

Attorneys for Plaintiff CENTEX HOMES

## **ORDER**

Based on the stipulation [ECF No. 83] between plaintiff Centex Homes and Navigators Specialty Insurance, which I treat as a joint motion under LR 7-1(c) because it is signed by fewer than all the parties or their attorneys, and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that **all claims by Centex against Navigators Specialty Insurance case are DISMISSED with prejudice**, each party to bear its own fees and costs.

DATED: 5/16/17

_____
UNITED STATES DISTRICT JUDGE

SAO to Dismiss Navigators (Kachnik).docx