**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| CENTEX HOMES,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NAVIGATORS SPECIALITY INSURANCE COMPANY, *et al.*,<br><br>　　　　　Defendants. | 2:16-cv-01958-JAD-VCF<br>**MINUTE ORDER** |

　　　Due to a conflict on the Court's calendar, IT IS HEREBY ORDERED that the hearing scheduled for 1:00 PM, July 10, 2017 is RESCHEDULED to 10:00 AM, September 8, 2017, in Courtroom 3D.

　　　DATED this 15th day of June, 2017.

_____
　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE