# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CENTEX HOMES, | Case No. 2:16-cv-01958-JAD-CWH |
| Plaintiff, | |
| v. | |
| EVEREST NATIONAL INSURANCE COMPANY, et al, | **ORDER** |
| Defendants. | |

Presently before the Court is a stipulation to stay discovery (ECF No. 85), filed on June 1, 2017. The stipulation is brought by Plaintiff Centex Homes, Defendant Everest National Insurance Company, Defendant Interstate Fire & Casualty Company, and Defendant Lexington Insurance Company. The other named Defendants in this case have not filed a response.

The parties stipulate to a stay of discovery in this case until the Court announces a decision on Defendant Lexington Insurance Company's pending motion to dismiss (ECF No. 65). Under Local Rule 7-2(d), the "failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion." As no other parties have filed a response, the Court will grant the stipulation as unopposed.

IT IS THEREFORE ORDERED that the parties' stipulation to stay (ECF No. 85) is GRANTED. If any of Plaintiff's claims survive the pending motion to dismiss, the parties must meet and confer and file a discovery plan and scheduling order within 21 days of the Court's decision.

DATED: June 28, 2017.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge

1